IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES W. BRADY,

      Plaintiff,                                No. CIV S-07-1779 LEW KJM P

     vs.

STWART, et al.,

      Defendant.                             <u>ORDER</u>

_____/

        On February 21, 2008, plaintiff filed a motion asking that the court order officials at his prison to return certain property to plaintiff.  Plaintiff fails to assert a legal basis in support of his request and none is readily apparent.  Plaintiff's request (docket no. 14) is therefore denied.

DATED: March 19, 2008.

                                                U.S. MAGISTRATE JUDGE

1
brad1779.pro