IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES W. BRADY,

      Plaintiff,                No. CIV S-07-1779 JAM KJM P

  vs.

STEWART, et al.,

      Defendants.         ORDER
_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has filed a sur-reply concerning defendants' outstanding motion to dismiss. As argued by the defendants, the local rules of the court do not provide for the filing of sur-replies concerning motions. See Local Rule 78-230(m). Because there does not appear to be any reason to deviate from the local rules, defendants' motion to strike the sur-reply will be granted.

/////
/////
/////
/////
/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants' motion to strike (#24) is granted; and

2. Plaintiff's June 23, 2008 "objection and denial of defendants reply motion to dismiss" is stricken from the record.

DATED: December 8, 2008.

_____
U.S. MAGISTRATE JUDGE

---

1
brad1779.str

2