IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES W. BRADY,

        Plaintiff,                     No. CIV S-07-1779 JAM KJM P

    vs.

STEWART, et al.,

        Defendant.             <u>ORDER</u>

_____/

        Plaintiff, a California prisoner proceeding pro se, has filed a motion asking for the return of his "legal property." Plaintiff fails to describe what he means by "legal property" and provide any reason why the court can or should grant his request. His request (#29) is denied.

DATED: December 22, 2008.

                                      U.S. MAGISTRATE JUDGE

1
brad1779.lp

1