IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES W. BRADY,

        Plaintiff,                  No. CIV S-07-1779 JAM KJM P

   vs.

STEWART, et al.,

        Defendant.          <u>ORDER</u>

_____/

        Plaintiff has filed a motion asking that the court order officials at the San Diego Police Department to send him his "legal property." Plaintiff fails to provide the court with enough information suggesting the court has the authority to issue such an order. Therefore, plaintiff's request will be denied.

        Also, plaintiff has requested an extension of time to file an amended complaint. Good cause appearing, this request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 19, 2009 "motion requesting court to order all legal property to be returned to Brady" (#34) is denied.

/////

/////

1

2. Plaintiff's May 19 and May 20, 2009 requests for an extension of time (#35 & #36) are granted. Plaintiff's amended complaint shall be filed within thirty days of this order.

DATED: May 28, 2009.

_____
U.S. MAGISTRATE JUDGE

brad1770.36

2