IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES W. BRADY,

      Plaintiff,                No. CIV S-07-1779 JAM KJM P

     vs.

STWART, et al.,

      Defendants.        <u>ORDER</u>

_____/

        On October 16, 2009, plaintiff filed a motion for an extension of time to file an amended complaint. This civil rights action was closed on September 29, 2009. Therefore, plaintiff's motion (#44) is denied. All further filings will be disregarded.

DATED: October 29, 2009.

                                              U.S. MAGISTRATE JUDGE

1
brad1779.clo